FILED

OCT 05 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Alberto BELTRAN Defendant. | Magistrate Case No.: '07 MJ 8833 COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about October 4, 2007, within the Southern District of California, defendant Alberto BELTRAN did knowingly and intentionally import approximately 186.42 kilograms (410.12 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

Russell H. Vensk, Jr.
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 4th day of October 2007.

Peter C. Lewis
United States Magistrate-Judge

UNITED STATES OF AMERICA
v.
Alberto BELTRAN

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to U. S. Immigration and Customs Enforcement Special Agent Russell H. Vensk Jr. and the interview of Alberto BELTRAN.

On October 4, 2007, at approximately 0730 hours, BELTRAN, a U.S. citizen, entered the U.S. at the Calexico, Ca. East Port of Entry from Mexico. BELTRAN was the driver and sole occupant of a 2002 Ford E-150 van.

In pre-primary, Customs & Border Protection Officer (CBPO) Saul Baca and Canine Enforcement Officer (CEO) David Alba were conducting a roving operation with Narcotic Detector Dog (NDD) Cindy. NDD Cindy alerted to the presence of controlled substances within the undercarriage of the van. BELTRAN and the vehicle were escorted to secondary for further inspection.

CBPO Baca drilled into the water tank and extracted a green leafy substance, which he field-tested and which gave a positive indication for the presence of marijuana. CBPO Baca and CEO Alba removed a total of twenty-eight packages from the tank. The packages had a total weight of 186.42 kgs. (410.12 lbs.)

BELTRAN was advised of his Miranda rights by SA Vensk. BELTRAN stated he understood his rights and agreed to answer questions without the presence of an attorney. BELTRAN stated he was the owner of the vehicle and that he had bought it approximately three months ago. A State of California registration card found in the vehicle showed it was registered to BELTRAN.