FILED
NOV - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALBERTO BELTRAN, Defendant. | Criminal Case No. 07CR3002-BEN<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana(Felony) |

The United States Attorney charges:

On or about October 4, 2007, within the Southern District of California, defendant ALBERTO BELTRAN, did knowingly and intentionally import 100 kilograms or more, to wit: approximately 186.42 kilograms (approximately 410.12 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 1, 2007.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:drh: Imperial
11/1/07