KAREN P. HEWITT
United States Attorney
MICHELLE M. PETTIT
Assistant United States Attorney
California State Bar No. 253406
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7450
Facsimile: (619) 235-2757
Email: michelle.pettit@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO BELTRAN,<br><br>Defendant. | Criminal Case No. 07CR3002-BEN<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

James Melendres

Please call me at the above-listed number if you have any questions about this notice.

DATED: February 19, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALBERTO BELTRAN, Defendant. | ) | Case No. 07CR3002-BEN **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Michelle M. Pettit, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated February 19, 2008, and this Certificate of Service, dated February 19, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Maxine I. Dobro**
Law Offices of Maxine I. Dobro
105 West F Street
3rd Floor
San Diego, CA 92101-6036
(619)232-5044
Fax: (619)233-3221
Email: maxdobro@aol.com
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2008.

/s/ *Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant United States Attorney