MAXINE I. DOBRO
105 West F Street, 3rd Floor
San Diego, CA 92101-6036
(619) 232-5044
BAR #98962

Attorney for Defendant
Alberto Beltran

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Honorable Roger Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>Alberto Beltran,<br>Defendant. | Criminal No. 07-3002-BEN<br><br>**JOINT MOTION TO CONTINUE DATE SET FOR SENTENCING**<br><br>Date: 23 June 2008<br>Time: 9:00 a.m. |

THE PARTIES, the Plaintiff, UNITED STATES OF AMERICA, through its attorneys, Karen Hewitt, Interim U.S. Attorney, and Michelle Pettit, Assistant U.S. Attorney, and defendant Alberto Beltran, through his counsel, Maxine I. Dobro, move to continue the Sentencing hearing in Criminal Case No. 07cr3002-BEN from April 28, 2008, to June 23, 2008, at 9:00 a.m. This continuance is requested to allow more time for the parties to negotiate an appropriate sentencing recommendation.

DATED: 23 April 2008

_/s/Maxine Dobro____
Maxine I. Dobro,
for Alberto Beltran

DATED: 23 April 2008

_/s/ Michelle Pettit
Michelle Pettit
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>ALBERTO BELTRAN,<br>Defendant. | ) | 07CR3002-BEN<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, say that I am over 18 years of age, a resident of the County of San Diego, State of California, and not a party to the within action; That my business address is 105 West F St, 3rd Flr, San Diego CA 92101;

That I served the within Joint Motion to Continue Sentencing serving a copy today to the clerk's office of this honorable court by e-filing for delivery to:

KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA; MICHELLE PETTIT, SPECIAL ASSISTANT U.S. ATTORNEY.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this January 18, 2008 in San Diego, California.

DATED: 4/23/08

/s/ Maxine I. Dobro
Maxine I. Dobro